STATE v. BECTON

No. 623P02-2

Case below: 154 N.C. App. 520

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. BELL

No. 409P02

Case below: 149 N.C. App. 976

Petitions by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. BELTRAN

No. 40P03

Case below: 150 N.C. App. 438

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. BILLINGS

No. 216A96-2

Case below: Caswell County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Caswell County, denied 27 February 2003.

STATE v. BIVENS

No. 66P03

Case below: 155 N.C. App. 645

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.